**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In The Matter Of: ) | |
| ) | |
| Kurt William Rowland ) | Case Number: 17-42723-705 |
| ) | |
|    Debtor ) | |
| ) | Chapter 7 |
| PNC Bank, National Association, or its ) | |
| successors and assigns ) | |
| ) | **Document Number: 15** |
|    Movant, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Kurt William Rowland ) | |
| ) | |
| and ) | |
| ) | |
| Fredrich J. Cruse ) | |
| ) | |
|    Trustee ) | |
| ) | |
|    Respondents ) | |
| ) | |

COME NOW, the parties and agree to the following in the settlement of the Movant's Motion for Trustee Abandonment with Respect to Real Property:

Upon consideration of the pleadings and the record as a whole, the Court finds and concludes that the Movant has a security interest in the following property:

> ALL OF LOT 288 OF VILLAGE OF JEFFERSON PLAT NO. 2, A SUBDIVISION AS SHOWN BY PLAT ON FILE IN THE RECORDER'S OFFICE OF JEFFERSON COUNTY, MISSOURI, IN PLAT BOOK 61 PAGES 6 AND 7.

The Court further finds and concludes that there is no equity in this property for the benefit of the bankruptcy estate and that the property is burdensome to the estate or is of inconsequential value and benefit to the estate. It is therefore,

ORDERED that the Trustee has abandoned the estate's interest in the property, the property is deemed abandoned by the Trustee and is no longer an asset of the bankruptcy estate.

IT IS FURTHER ORDERED that all further relief prayed for by Movant is hereby DENIED.

DATED: June 20, 2018
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

Order Prepared and Submitted by:
Millsap & Singer, LLC

/s/ Stewart C. Bogart
Cynthia M. Kern Woolverton, #47698, #47698MO
William T. Holmes, II, #59759, #59759MO
Stewart C. Bogart, #67956, #67956MO
612 Spirit Drive
St. Louis, MO  63005
Telephone:  (636) 537-0110
Facsimile:  (636) 537-0067
bkty@msfirm.com
Attorneys for PNC Bank, National Association


/s/ Fredrich J. Cruse
Fredrich J. Cruse
The Cruse Law Firm PC
Chapter 7  Trustee
P.O. Box 914
Hannibal, MO 63401-0914
Telephone: (573) 221-1333
Facsimile: (573) 221-1448
fcruse@cruselaw.com

COPIES TO:

Cynthia M. Kern Woolverton
William T. Holmes, II
Stewart C. Bogart
Attorneys for Movant
612 Spirit Drive
St. Louis, MO  63005

Kurt William Rowland
1808 Dandridge Dr
Barnhart, MO 63012

TJ Mullin
TJ Mullin PC
Attorney for Debtor
201 S. Central Ave. #103
Clayton, MO 63105

Fredrich J. Cruse
The Cruse Law Firm PC
Chapter 7 Trustee
P.O. Box 914
Hannibal, MO 63401-0914

Office of the U.S. Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th St., Suite 6353
St. Louis, MO 63102

All parties on the List of Creditors